CONANT & a. v. BURNS & Tr.

On trial by jury of the question of the chargeability of a trustee, costs are properly ordered for the trustee when he prevails upon the main issue, and is only found chargeable with respect to a single small item disclosed by him at his deposition before the trial.

. FOREIGN ATTACHMENT. Trial by jury of the question of chargeability of trustee. The plaintiff claimed to hold the trustee for the value of a stock of goods and other property, sold by the defendant to the trustee, February 28, 1887. The trustee's deposition, taken by the plaintiff, showed that he was chargeable for a small sum due the defendant for the keeping of his horse. The jury returned a verdict charging the trustee in the sum of $18 for keeping the horse. Both parties moved for costs. The court ordered costs in favor of the trustee, and the plaintiff filed a bill of exceptions.

*J. B. Parker,* *W. W. Bailey,* and *Sulloway & Topliff,* for the plaintiffs.

*C. W. Hoitt* and *E. S. & H. A. Cutter,* for the trustee.

CLARK, J. If the question of costs is open to revision (G. L., c. 249, s. 49; *Nutter* v. *Varney,* 64 N. H. 334) the plaintiff is not entitled to costs against the trustee. The trustee was the prevailing party. Upon his deposition he was chargeable for the board of the horse after February 28, 1887, and the jury found him chargeable for no more. The fact that by reason of the lapse of time the board amounted to a larger sum at the time of the verdict than when the deposition was given does not make the trustee chargeable with costs under G. L., c. 249, s. 26.

*Exceptions overruled.*

SMITH, J., did not sit: the others concurred.